IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**HEATH LEE HUNSUCKER**                                                                 **PLAINTIFF**

V.                               **CASE NO. 5:23-CV-5189**

**JUDGE BRAD KARREN**
**and DEPUTY PROSECUTOR KELSEY SIX**                              **DEFENDANTS**

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 4) filed on November 7, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No objections to the R&R were filed by any party.

Having reviewed the case, the Court finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B), this case is **DISMISSED WITHOUT PREJUDICE** because both Defendants are immune from suit and the Complaint fails to state claims upon which relief may be granted.

**IT IS SO ORDERED** on this 27th day of November, 2023.

> */s/ Timothy L. Brooks*
> TIMOTHY L. BROOKS
> UNITED STATES DISTRICT JUDGE